IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CINDY HILL                                                                PLAINTIFF

v.                                    NO. 4:11CV00779 JLH

ARKANSAS FEDERAL CREDIT UNION                                             DEFENDANTS

## ORDER

The joint motion for extension of time to extend the discovery deadline is GRANTED. Document #7. The deadline for completion of discovery is hereby extended up to and including August 17, 2012.

IT IS SO ORDERED this 11th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE