**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CINDY HILL                                                                                    PLAINTIFF

v.                                               NO. 4:11CV00779 JLH

ARKANSAS FEDERAL CREDIT UNION                                          DEFENDANTS

**<u>ORDER</u>**

The joint motion for extension of time to extend the discovery deadline is GRANTED.

Document #7.  The deadline for completion of discovery is hereby extended up to and including

August 17, 2012.

IT IS SO ORDERED this 11th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE