IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CINDY HILL                                                                                          PLAINTIFF

v.                                           NO. 4:11CV00779 JLH

ARKANSAS FEDERAL CREDIT UNION                                          DEFENDANTS

**ORDER OF DISMISSAL**

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 8th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE